DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
MINNIE LOO, Trial Attorney (106613)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re | ) | No.    10-32800 |
| **ARLENE CABEZA GASPAR,** | ) | Chapter 13 |
| | ) | |
| | ) | (NO HEARING REQUIRED) |
| Debtor. | ) | |
| | ) | |

**DECLARATION OF MINNIE LOO IN SUPPORT OF**
**U.S. TRUSTEE'S EX PARTE MOTION TO REOPEN CASE**

I, Minnie Loo, declare as follows:

1. I am a Trial Attorney for August B. Landis, Acting U.S. Trustee. I am employed by the Office of the United States Trustee, Region 17, San Francisco Division, 235 Pine Street, San Francisco, California 94104.

2. I make this declaration based on my own personal knowledge of the facts of this matter as well as my review of the file and case docket.

3. Our office is investigating the transaction between Debtor and attorney Deborah Pimentel who assisted the Debtor with services in connection with and/or in contemplation of bankruptcy. We intend to examine the Debtor under oath in an examination under Rule 2004.

4. In order to bring the motion for examination under Rule 2004, the case must be administratively reopened.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 30th day of December 2010, at San Francisco, California.

                                        */s/ Minnie Loo*
                                        Minnie Loo

Decl. of Minnie Loo in support of Motion to Reopen case: 10-32800                                        - 1 -